# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0045. LYONS v. THE STATE.**

Upon consideration of Appellant Deuntria Lamar Lyons' "Motion Requesting Hearing on Objection to Motion for New Trial Transcript," the same is hereby DENIED. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/22/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*